U.S. Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3, 3476 Stateview Boulevard, Ft. Mill, SC 29715, Appellant, v Donnette Smith, Respondent, et al., Defendants. [999 NYS2d 834]—

In an action to foreclose a mortgage, the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Kings County (Solomon, J.), dated October 5, 2012, as, after settlement conferences pursuant to CPLR 3408, directed the continuation of a toll of the accrual of interest on the subject mortgage loan "pending further order of [the court] or the parties reaching an agreement on the terms of a modification."

Ordered that the appeal is dismissed, without costs or disbursements, as no appeal lies as of right from an order which does not determine a motion made on notice (*see* CPLR 5701 [a] [2]), and we decline to grant leave to appeal since the appeal is academic in light of our determination of a companion appeal (*see U.S. Bank N.A. v Smith*, 123 AD3d 914 [2014] [decided herewith]). Chambers, J.P., Sgroi, Miller and Barros, JJ., concur.